UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
)
COVERALL NORTH AMERICA, INC.,       )
)
    Petitioner,                     )
)   Civil Action No.
        v.                          )   05-11871
)
NAPOLEAO PEREIRA,                   )
)
    Respondent.                     )
_____ )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-captioned action stipulate that the above-captioned action is hereby dismissed with prejudice. The parties waive all rights of appeal and agree that they shall bear their own costs.

Respectfully submitted,

| COVERALL NORTH AMERICA, INC., | EDINEI MACHADO, et al. |
|---|---|
| By its attorneys, | By their attorneys, |
| __s/ Michael D. Vhay__ | __s/ Shannon Liss-Riordan__ |
| Michael D. Vhay, BBO #566444 | Shannon Liss-Riordan, BBO #640716 |
| Lisa S. Core BBO #658709 | Hillary Schwab, BBO #666029 |
| DLA PIPER US LLP | PYLE, ROME, LICHTEN, EHRENBERG & |
| 33 Arch Street, 26th Floor | LISS-RIORDAN, P.C. |
| Boston, MA 02110-1447 | 18 Tremont Street, 5th Floor |
| (617) 406-6000 | Boston, MA 02108 |
|  | (617) 367-7200 |

Norman M. Leon
DLA PIPER CARY US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
(312) 368-4000

Dated: December 18, 2006